IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DECKER,

        Plaintiff,            No. 2:10-cv-0149 JFM (PC)

   vs.

SUSAN GAUTHER,

        Defendant.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 8, 2010.

                                             UNITED STATES MAGISTRATE JUDGE

/md014.deck0149.3c