IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DECKER,

    Plaintiff,                      No. 2:10-cv-0149 JFM (PC)

    vs.

SUSAN GAUTHER,

    Defendant.                   <u>ORDER</u>

                          /

        Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On March 9, 2010, plaintiff was directed to submit an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

DATED: April 22, 2010.

                                                UNITED STATES MAGISTRATE JUDGE

14.deck0149.ifpgrant

1